# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____
**Category No.** II
**Investigating Agency** FBI

**City** West Newbury
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached  [✓] Yes  [ ] No

Defendant Name: Manpreet Kohli
Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

Alias Name: "Mkay Saitama"; "mannythehitman"
Address: United Kingdom

Birth date (Yr only): 1981    SSN (last 4#): ____    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** [ ] Yes  [✓] No    List language and/or dialect: _____

**Victims:** [✓] Yes  [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [✓] Yes  [ ] No

**Matter to be SEALED:** [✓] Yes  [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** Lives in United Kingdom

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**  [ ] Complaint    [ ] Information    [✓] Indictment
**Total # of Counts:**  [ ] Petty ____    [ ] Misdemeanor ____    [✓] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/27/2024    Signature of AUSA: /s/ Christopher J. Markham

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Manpreet Kohli

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 2 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** West Newbury     **Related Case Information:**
**County** Essex
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number: See Attached    [✓] Yes [ ] No

Defendant Name: Nam Tran    Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: "Ntran1234"

Address: Washington State

Birth date (Yr only): 1992    SSN (last 4#): 2513    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** [ ] Yes [✓] No    List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [✓] Yes [ ] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** Lives in Washington State

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [✓] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [✓] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/27/2024    Signature of AUSA: */s/ Christopher J. Markham*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nam Tran

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 3 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH

≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** West Newbury

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached    [✓] Yes   [ ] No

Defendant Name: Haroon Mohsini   Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

Alias Name: "AaronSaitama"; "Elonmansur"

Address: Texas

Birth date (Yr only): 1987   SSN (last 4#): 1381   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb   Bar Number if applicable: 685591; 694712

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [✓] Yes  [ ] No

**Matter to be SEALED:** [✓] Yes  [ ] No

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:** Lives in Texas

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  [ ] Complaint   [ ] Information   [✓] Indictment

**Total # of Counts:**  [ ] Petty ___   [ ] Misdemeanor ___   [✓] Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/27/2024   Signature of AUSA:  /s/ Christopher J. Markham

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Manpreet Kohli

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 4 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH