AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Manpreet Kohli<br>a/k/a "Mkay Saitama"; "mannythehitman"<br><br>_Defendant_ | Case No.  24cr10189 AK-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Manpreet Kohli a/k/a "Mkay Saitama"; "mannythehitman"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: June 27, 2024                                   _/s/ David H. Hennessy_
                                                                        _Issuing officer's signature_

City and state:     Boston, Massachusetts            Hon. David H. Hennessy, U.S. Magistrate Judge
                                                                               _Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____                               _____
                                                                         _Arresting officer's signature_

                                                                         _____
                                                                         _Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 24cr10189 AK-MPK |
| Nam Tran a/k/a "Ntran1234" | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Nam Tran a/k/a "Ntran1234"     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: June 27, 2024

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.   24cr10189 AK-MPK |
| Haroon Mohsini | ) |
| a/k/a "AaronSaitama"; "Elonmansur" | ) |
| | ) |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Haroon Mohsini a/k/a "AaronSaitama"; "Elonmansur",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: June 27, 2024

_Issuing officer's signature_

City and state:   Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_