IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>(1) MANPREET KOHLI,<br>   a/k/a/ "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>   a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI, and<br>   a/k/a "AaronSaitama" or "Elonmansur",<br><br>   Defendants | Criminal No. 24-cr-10189<br><br>**UNDER SEAL** |

GOVERNMENT'S REQUEST FOR PERMISSION TO PROVIDE A COPY OF THE
THE INDICTMENT TO LAW ENFORCEMENT COUNTERPARTS

On June 27, 2024, the government filed a motion to seal the entire docket in the above-captioned case, including the indictment, the motion to seal, the Court's order on the motion to seal, and any other related paperwork, until further order of the Court. The Court granted that motion and the entire docket remains under seal. The government requests permission to share a copy of the indictment with other components of the U.S. Department of Justice, the U.S. Department of State, and law enforcement personnel, including foreign law enforcement, in order to facilitate the apprehension (*e.g.*, arrest and possible extradition) of the charged defendants. The government requests that the entire docket otherwise remain under seal until further order of the Court for the reasons stated in the government's motion to seal.

                    Respectfully submitted,

                    JOSHUA S. LEVY
                    Acting United States Attorney

                By: */s/ Christopher J. Markham*
                    CHRISTOPHER J. MARKHAM
                    DAVID M. HOLCOMB
Date: 8/2/2024          Assistant U.S. Attorneys