IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) MANPREET KOHLI,<br>  a/k/a/ "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>  a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI, and<br>  a/k/a "AaronSaitama" or "Elonmansur",<br><br>  Defendants | Criminal No. 24-cr-10189<br><br>**UNDER SEAL** |

ORDER

On June 27, 2024, the government filed a motion to seal the entire docket in the above-captioned case, including the indictment, the motion to seal, the Court's order on the motion to seal, and any other related paperwork, until further order of the Court. The Court granted that motion and the entire docket remains under seal. The government has requested permission to share a copy of the indictment with other components of the U.S. Department of Justice, the U.S. Department of State, and law enforcement personnel, including foreign law enforcement, in order to facilitate the apprehension (*e.g.*, arrest and possible extradition) of the charged defendants. The request is GRANTED and the entire docket otherwise will remain under seal until further order of the Court.

SO ORDERED.

_____
ANGEL KELLEY
UNITED STATES DISTRICT JUDGE

DATE:  August 2, 2024