JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** West Newbury
**County** Essex

**Related Case Information:**
Superseding Ind./Inf. 24-cr-10189-AK   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached   ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Manpreet Kohli   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "Mkay Saitama"; "mannythehitman"

**Address:** United Kingdom

**Birth date (Yr only):** 1981   **SSN (last 4#):** ____   **Sex:** M   **Race:** ____   **Nationality:** ____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Christopher J. Markham; David M. Holcomb   **Bar Number if applicable:** 685591; 694712

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Lives in United Kingdom

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/19/2024   **Signature of AUSA:** /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Manpreet Kohli

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 2 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK

șJS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** West Newbury

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf.  24-cr-10189-AK   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached   ☑ Yes  ☐ No

**Defendant Name**  Nam Tran      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:**  "Ntran1234"

**Address:**  Washington State

**Birth date (Yr only):** 1992   **SSN (last 4#):** 2513   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:**  Christopher J. Markham; David M. Holcomb   **Bar Number if applicable:**  685591; 694712

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**  Lives in Washington State

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/19/2024   **Signature of AUSA:**  /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Nam Tran

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 3 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK

≈JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** West Newbury

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10189-AK   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached   ☑ Yes  ☐ No

**Defendant Name** Haroon Mohsini   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "AaronSaitama"; "Elonmansur"

**Address:** Texas

**Birth date (Yr only):** 1987   **SSN (last 4#):** 1381   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Christopher J. Markham; David M. Holcomb   **Bar Number if applicable:** 685591; 694712

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Lives in Texas

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/19/2024   **Signature of AUSA:** /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Manpreet Kohli

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78i(a)(2) and 78ff(a) | Market Manipulation | 4 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 5-7 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Unlicensed Money Transmitting Forfeiture Allegation | --- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10190-AK (Gotbit Consulting, et al)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK