IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) MANPREET KOHLI,<br>    a/k/a "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>    a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI, and<br>    a/k/a "AaronSaitama" or "Elonmansur",<br><br>Defendants | Criminal No. 24-cr-10189-AK<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL SUPERSEDING INDICTMENT

The United States Attorney hereby respectfully moves the Court to seal the superseding indictment, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Sept 19, 2024
allowed
David H. Hennessy
US Mag. Judge

Date: 09/19/2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
DAVID M. HOLCOMB
Assistant U.S. Attorneys