AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Manpreet Kohli<br>a/k/a "Mkay Saitama"; "mannythehitman"<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 24-cr-10189-AK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Manpreet Kohli a/k/a "Mkay Saitama"; "mannythehitman",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: Sept 19, 2024

*Issuing officer's signature*

City and state:   Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Nam Tran a/k/a "Ntran1234" | ) Case No. 24-cr-10189-AK |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nam Tran a/k/a "Ntran1234",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: Sept 19, 2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Haroon Mohsini<br>a/k/a "AaronSaitama"; "Elonmansur"<br><br>*Defendant* | )<br>)  Case No.  24-cr-10189-AK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Haroon Mohsini a/k/a "AaronSaitama"; "Elonmansur",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☑ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation, Conduct an Unlicensed Money Transmitting Business, and Commit Wire Fraud

15 U.S.C. §§ 78i(a)(2) and 78ff(a) - Market Manipulation

18 U.S.C. § 1343 - Wire Fraud

Date: Sept 19, 2024

*Issuing officer's signature*

City and state:   Boston, Massachusetts         Hon. David H. Hennessy, U.S. Magistrate Judge
                                                                              *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                *Arresting officer's signature*

                                                                *Printed name and title*