UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>(1) MANPREET KOHLI,<br>    a/k/a "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>    a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI, and<br>    a/k/a "AaronSaitama" or "Elonmansur",<br><br>    Defendants | Criminal No. 24-cr-10189-AK<br><br>**UNDER SEAL** |

## GOVERNMENT REQUEST FOR PERMISSION TO PROVIDE MATERIALS TO U.S. GOVERNMENT PERSONNEL AND FOREIGN LAW ENFORCEMENT

The United States Attorney hereby respectfully moves the Court to allow counsel for the government to provide a copy of the charging documents and arrest warrants in the above-captioned case to others within the United States government as well as foreign officials for the limited purposes of enabling us to locate and apprehend the defendant and bring him to the United States and in furtherance of the existing investigation. As grounds for this request, one or more defendants are located in a foreign country and these materials must be shared to facilitate their arrest.

The government respectfully requests that the docket in this case otherwise remain sealed because public disclosure of these materials might jeopardize the ongoing investigation and the anticipated arrest.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Christopher J. Markham*
    CHRISTOPHER J. MARKHAM
    DAVID M. HOLCOMB
    Assistant U.S. Attorneys

Dated: 10/03/2024