UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-cr-10189-AK |
| (1) MANPREET KOHLI,<br>    a/k/a "Mkay Saitama" or "mannythehitman", | **UNDER SEAL** |
| (2) NAM TRAN,<br>    a/k/a "Ntran1234", and | |
| (3) HAROON MOHSINI,<br>    a/k/a "AaronSaitama" or "Elonmansur", | |
| Defendants | |

GOVERNMENT'S MOTION FOR PARTIAL UNSEALING OF INDICTMENT

The United States Attorney hereby respectfully moves the Court to enter the attached proposed order for a partial unsealing of the Indictment as to defendant Haroon Mohsini for the limited purpose of providing Mohsini and his attorney a copy of the Indictment for his initial appearance in the Southern District of Texas. As grounds for this request, the government states that Mohsini was arrested in the Southern District of Texas this morning. The government respectfully requests that the docket in this case otherwise remain sealed, and the Indictment not be placed on the public record, because arrest efforts are ongoing for one or more defendants in related cases and public disclosure of these materials might jeopardize those ongoing efforts. The government anticipates arrests will be complete within one week and will seek to unseal the docket within that time period.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ David M. Holcomb*
CHRISTOPHER J. MARKHAM
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated: 10/07/2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>(1) MANPREET KOHLI,<br>   a/k/a "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>   a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI,<br>   a/k/a "AaronSaitama" or "Elonmansur",<br><br>      Defendants | Criminal No. 24-cr-10189-AK<br><br>**UNDER SEAL** |

[PROPOSED] ORDER

KELLEY, D.J.

      The government has moved for a partial unsealing of the Indictment as to defendant Haroon Mohsini for the limited purpose of providing Mohsini and his attorney a copy of the Indictment at Mohsini's initial appearance in the Southern District of Texas. The Court hereby grants the motion such that the Indictment will not be placed on the public docket based on the government's representation that public disclosure of these materials at this time might jeopardize ongoing arrests of defendants in related cases.

 

                                                                                       HON. ANGEL KELLEY
                                                                                       United States District Judge

Dated: October 7, 2024