UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>(1) MANPREET KOHLI,<br>   a/k/a "Mkay Saitama" or "mannythehitman",<br><br>(2) NAM TRAN,<br>   a/k/a "Ntran1234", and<br><br>(3) HAROON MOHSINI,<br>   a/k/a "AaronSaitama" or "Elonmansur",<br><br>   Defendants | Criminal No. 24-cr-10189-AK<br><br>**UNDER SEAL** |

**ORDER**

KELLEY, D.J.

     The government has moved for a partial unsealing of the Indictment as to defendant Haroon Mohsini for the limited purpose of providing Mohsini and his attorney a copy of the Indictment at Mohsini's initial appearance in the Southern District of Texas. The Court hereby grants the motion such that the Indictment will not be placed on the public docket based on the government's representation that public disclosure of these materials at this time might jeopardize ongoing arrests of defendants in related cases.

                                                                            /s/ Angel Kelley
                                                                            HON. ANGEL KELLEY
                                                                            United States District Judge

Dated: October 7, 2024