UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No.: 24CR10189 |
| **v.** ) | |
| ) | |
| **HAROON  MOHSINI,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>NOTICE OF APPEARANCE OF GLENN A. MACKINLAY</u>

Please enter my appearance as counsel for the defendant, Haroon Mohsini in the above-captioned matter.

The Defendant,
Haroon Mohsini
By his Attorney,


*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay (BBO #: 561708)
gmackinlay@mccarter.com
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Phone: 617-449-6548


Dated: October 19, 2024

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served upon counsel of record by electronic filing on October 19, 2024 to the following:

David J. Holcomb
Christopher M. Markham
Assistant United States Attorneys
District of Massachusetts


_s/ Glenn A. MacKinlay_
Glenn A. MacKinlay