```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
v.                           ) Criminal No. 24-CR-10189-AK
                             )
HAROON MOHSINI               )
```

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel for defendant Haroon Mohsini respectfully moves this Honorable Court for leave to withdraw as appointed counsel.  As grounds therefore, Mr. Mohsini has retained private counsel.

                              Respectfully submitted,

                        By:
                              /s/ Austin C. Tzeng
                              AUSTIN C. TZENG
                              Law Office of Austin C. Tzeng
                              21 Mayor Thomas J. McGrath Hwy
                              Suite 501
                              Quincy, MA 02169
                              781-929-4882
                              COUNSEL TO HAROON MOHSINI

### CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                              /s/ Austin C. Tzeng, Esq.
                              Austin C. Tzeng, Esq.