# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(3)  HAROON MOHSINI<br>  a/k/a AaronSaitama, Elonmansur<br><br>Defendant. | )<br>)<br>)   No.  24-cr-10189-AK-MPK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully moves this Court to continue the status conference currently set for March 7, 2025 based on a personal conflict of the undersigned Assistant U.S. Attorney. Counsel for defendant Haroon Mohsini assents to this request. The parties respectfully request that the Court continue the conference until a time on March 21, March 24, or March 25 based on counsels' respective schedules.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

Dated: 2/26/2025        By:    */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  2/26/2025

                                          */s/ David M. Holcomb*
                                          DAVID M. HOLCOMB
                                          Assistant U.S. Attorney