UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Case No. 24-10189-AK<br>HAROON MOHSINI, )<br>)<br>Defendant.  ) | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR THE DEFENDANT

Now comes the undersigned and respectfully moves this Court to permit the withdrawal of his appearance as counsel of record representing Defendant, Haroon Mohsini in the above referenced matter. As reasons therefore, the undersigned states that there has been a breakdown in the relationship between Defendant and the undersigned. Defendant is requesting that the Court appoint new counsel to represent him. The government takes no position on the motion. Accordingly, the undersigned respectfully requests that he be permitted to withdraw as counsel of record in this matter.

By defendant's attorney,

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay
BBO # 561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6548
gmackinlay@mccarter.com

Date: March 21, 2025

1

**Certificate of Conference**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  The Government takes no position on the relief requested herein.

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay
